440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| ME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           Signature of Server

                                       _____
                                          Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 6, 2005
I hereby certify and return that on 7/5/2005 at 8:30AM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to R.Hanna,agent at the time of service for Walter F.
Morgan, President, at DePaoli Mosaic, Co., Inc, 126 Magazine Street, Boston, MA
02119. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel
($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                              _____
                                                 Deputy Sheriff

Deputy Sheriff    James C. Brooks