UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE )
of the MASSACHUSETTS BRICKLAYERS )
AND MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
)
                 Plaintiff, )   C. A. No. 05-11380-RGS
)
v. )
)
DEPAOLI MOSAIC CO., INC., FINAMORA )
REALTY TRUST and WALTER F. MORGAN, JR. )
Individually and as President of )
DEPAOLI MOSAIC CO., INC. )
)
                 Defendants. )
)

## JOINT MOTION TO CONTINUE NOTICE OF SCHEDULING CONFERENCE

      A Scheduling Conference is scheduled in the above referenced matter for September 22, 2005 at 3:45 p.m. The parties jointly request that the Scheduling Conference be continued for not less than sixty days. The parties believe they are close to resolving the issues and ask that the Initial Status Conference be rescheduled for not less than 60 days and that the time for all the LR 16.1 filings be adjusted accordingly.

| For the Plaintiff, | For the Defendants, |
|---|---|
| Charles Raso, Trustee of | DEPAOLI MOSAIC CO., INC. et al. |
| Massachusetts Bricklayers and Masons | By their Attorney, |
| Health, Welfare & Annuity Funds, | |
| By his Attorney, | |
| | |
| /s/ Michael A. Feinberg | /s/ William R. Moriarty |
| Michael A. Feinberg, BBO #161400 | William R. Moriarty, Esq. |
| Feinberg, Campbell & Zack, P.C. | Sassoon & Cymrot |
| 177 Milk Street | 84 State Street |
| Boston, MA 02109 | Boston, MA 02109 |

Dated: September 7, 2005