UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>                  Plaintiff,<br><br>v.<br><br>DEPAOLI MOSAIC CO., INC., FINAMORA<br>REALTY TRUST and WALTER F. MORGAN, JR.<br>Individually and as President of<br>DEPAOLI MOSAIC CO., INC.<br><br>                  Defendants. | C. A. No. 05-11380-RGS |

**JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE**

      A Scheduling Conference is scheduled in the above referenced matter for November 16, 2005 at 2:00 p.m. The parties jointly request that the Scheduling Conference be postponed until sometime after April 1, 2006. The parties have entered into a Settlement Agreement, attached hereto as Exhibit A, resolving all of the outstanding issues between them. Upon the satisfactory completion of certain payment obligations of the Defendant by March 15, 2006, the Parties will jointly stipulate to dismiss this matter with prejudice.

| | |
|---|---|
| For the Plaintiff,<br>Charles Raso, Trustee of<br>Massachusetts Bricklayers and Masons<br>Health, Welfare & Annuity Funds,<br>By his Attorney, | For the Defendants,<br>DEPAOLI MOSAIC CO., INC. et al.<br>By their Attorney, |
| /s/ Michael A. Feinberg<br>Michael A. Feinberg, BBO #161400<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /s/ William R. Moriarty<br>William R. Moriarty, Esq.<br>Sassoon & Cymrot<br>84 State Street<br>Boston, MA 02109<br>(617) 720-0099 |

Dated: November 8, 2005