UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE )
of the MASSACHUSETTS BRICKLAYERS )
AND MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
          Plaintiff, )
v. ) C. A. No. 05-11380-RGS
DEPAOLI MOSAIC CO., INC., FINAMORA )
REALTY TRUST and WALTER F. MORGAN, JR. )
Individually and as President of )
DEPAOLI MOSAIC CO., INC. )
          Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants hereby jointly file this Stipulation of Dismissal. The Dismissal shall be entered with prejudice, all rights of appeal being waived, and with each party bearing its own costs and attorney fees in this matter.

| For the Plaintiff, | For the Defendants, |
|---|---|
| Charles Raso, Trustee of Massachusetts Bricklayers and Masons Health, Welfare & Annuity Funds, By his Attorney, | DEPAOLI MOSAIC CO., INC. et al. By their Attorney, |
| /s/ Michael A. Feinberg | /s/ William R. Moriarty |
| Michael A. Feinberg, BBO #161400 | William R. Moriarty, Esq. |
| Feinberg, Campbell & Zack, P.C. | Sassoon & Cymrot |
| 177 Milk Street | 84 State Street |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 338-1976 | (617) 720-0099 |

Dated: March 21, 2006